## RECONSIDERATION OF PRIOR DECISIONS

**2007–1215.   State v. Bunting.**
Stark App. No. 2006CA00330. Reported at 116 Ohio St.3d 1438, 2007-Ohio-6518, 877 N.E.2d 990. On motion for reconsideration. Motion denied.

**2007–1549.   Trans Rail Am., Inc. v. Hubbard Twp.**
Trumbull App. No. 2006–T–0088, 2007-Ohio-3478. Reported at 116 Ohio St.3d 1440, 2007-Ohio-6518, 877 N.E.2d 991. On motion for reconsideration. Motion denied.
   MOYER, C.J., and O'DONNELL, J., dissent.

**2007–1599.   State v. Long.**
Seneca App. No. 13–07–20. Reported at 116 Ohio St.3d 1441, 2007-Ohio-6518, 877 N.E.2d 991. On motion for reconsideration. Motion denied.
   MOYER, C.J., dissents.